Exhibit C

**KNOW THAT** **EMIGRANT FUNDING CORPORATION** having its principal place of business at 6 East 43RD Street, New York, NY 10017,

assignor,

in consideration of Ten and 00/100 ($10.00). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . dollars,

**paid by** **RETAINED REALTY, INC.** having its principal place of business at 5 East 42nd Street, New York, NY 10017,

assignee,

hereby assigns unto the assignee,

Mortgage dated the 20th day of July, 2006 in the principal sum of $950,000 made by Kensington Realty Group Corp. and recorded on the 31st day of July, 2006 in CRFN 2006000431114 in the office of the City Register of the City of New York, covering premises known as:

**2408 Clarendon Road, Brooklyn, NY 11226 and**
**109 Amersfort Place, Brooklyn, NY 11210**

See property description attached. This assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the money due and to grow due thereon with interest; TO HAVE AND TO HOLD the same unto assignee and to the successors, legal representatives and assigns of the assignee forever.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE TO THE ASSIGNOR IN ANY EVENT WHATSOEVER.**

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whatever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 15th day of June, 2023.

**Emigrant Funding Corporation**

*Maryann Monteserrato*
Maryann Monteserrato, **Assistant Vice President**

S. FOULR A, 1 of 2

Title Number: SAK-4200        Block 5190    Lot 3
                              2408 Clarendon Road, Brooklyn

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Clarendon Road, distant 40 feet easterly from the corner formed by the intersection of the southerly side of Clarendon Road with the easterly side of Bedford Avenue;

RUNNING THENCE southerly parallel with Bedford Avenue and part of the distance through a party wall, 100 feet;

THENCE easterly parallel with Clarendon Road, 40 feet;

THENCE northerly parallel with Bedford Avenue, 100 feet to the southerly side of Clarendon Road; and

THENCE westerly along the southerly side of Clarendon Road, 40 feet to the point or place of BEGINNING.

*Apartment Building*

Title Number: SAK-4200        Block 7556 Lot 31
109 Amersfort Place, Brooklyn

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, known and designated on a certain map entitled, "Addition No. 5 of Vanderveer Park, belonging to Germania Real Estate and Improvement Company situate partly in the former Town of Flatbush and partly in the former Town of Flatlands, Kings County, New York", surveyed October 1893 by Charles Crooke, Civil Engineer and Surveyor, 200 Joralemon Street, Brooklyn, N.Y. and filed December 4th, 1895 in the Office of the Register of the County of Kings as and by Lot No. 3633 in Block No. 73, which said Lot according to said Map is bounded and described as follows:

BEGINNING at a point on the easterly side of Amersfort Place (formerly the Turnpike between Flatlands and Flatbush), where the same would be intersected by a line drawn parallel with the southeasterly side of Avenue G, and distant one hundred (100) feet southeasterly therefrom at right angles;

RUNNING THENCE northeasterly parallel with the southeasterly side of Avenue G, one hundred and fifteen (115) feet to the northwesterly corner of Lot No. 3586 on said Map;

THENCE southeasterly along rear of Lot No. 2586 and parallel with Kenilworth Place, Twenty (20) feet to the southwesterly corner of Lot No. 3586 on said Map;

THENCE southwesterly along the northwesterly side of Lot No. 3632 and parallel with the southeasterly side of Avenue G and part of the distance through a party wall, One hundred and nineteen (119) feet to the easterly side of Amersfort Place (formerly the Turnpike between Flatlands and Flatbush);

THENCE northerly along the easterly side of Amersfort Place, Twenty and forty one-hundredths (20.40) feet to the point and place of BEGINNING.

State of New York )
)ss.:
County of New York )

On the 15 day of June in the year 2023, before me, the undersigned, personally appeared Maryann Monteserrato, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

EUGENE ROCHE
Notary Public, State of New York
No. 01RO5028464
Qualified in Queens County
Commission Expires May 31, 20 26

*Assignment of Mortgage*
Without Covenant

**Emigrant Funding Corporation**

**TO**

**Retained Realty, Inc**

The land affected by this instrument lies in

SECTION

BLOCK    5190 (Clarendon Road)
         7556 (Amersfort Place)

LOT      3 (Clarendon Road)
         31 (Amersfort Place)

COUNTY OR TOWN    Kings

Record and Return to:

Emigrant Mortgage Company
7 Westchester plaza
Elmsford, NY 10523

Reserve this space for use of recording office