Exhibit G

# TERENZI & CONFUSIONE, P.C.
ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 304
GARDEN CITY, NEW YORK 11530
(516) 812-0800
FAX: (516) 812-0806

Ronald M. TerenziΔ
Lisa M. Confusione

ΔAlso Admitted CT

Jacqueline M. Della Chiesa
Cara M. Goldstein
Alexander S. Terenzi

August 3, 2023

Chambers of the Honorable Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein, US Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

      Re: **Victoria Stennett**
           <u>**Bankruptcy Case No. 23-42675-JMM**</u>

Dear Judge Mazer-Marino:

      Our office represents Emigrant Funding Corporation ("Emigrant"), a secured creditor in the above referenced bankruptcy case. On July 27, 2023, Victoria Stennett ("Stennett" or the "Debtor") filed a Chapter 13 proceeding that was assigned to your Honor. However, the Debtor's bankruptcy petition fails to state that there was a related bankruptcy case, Kensington Realty Group, which filed a Chapter 11 bankruptcy proceeding on November 10, 2022, under case number 22-42817-ESS which was pending before the Honorable Elizabeth S. Stong (the "Kensington Case"). The Debtor is the guarantor of Kensington's obligations to Emigrant under a Note and Mortgage. The Kensington Case was dismissed in accordance with a Stipulation filed with the Court on February 27, 2023, by and between Emigrant, Kensington and Stennett, the Debtor herein. Under that Stipulation, Kensington consented to the dismissal of its Chapter 11 bankruptcy proceeding in exchange for certain relief in favor of the Stennett, including a cap on the deficiency claim against the Debtor but contingent on Stennett taking no action to delay or interfere with the foreclosure sale. The Stipulation specifically provides that the Bankruptcy Court shall retain jurisdiction to hear and determine any matter arising from or relating to the Stipulation.

      It is Emigrant's position that the Debtor violated the Stipulation with the instant filing and based thereon, Emigrant intends to file a Motion for Relief From the Automatic Stay and for In Rem Relief. Given that Judge Stong presided over the prior related Kensington Case and is familiar with the facts and circumstances involved herein, Emigrant respectfully requests that the instant

bankruptcy case number 23-42675-jmm be transferred to Judge Stong before there is further litigation in this case.

      We appreciate your assistance with this matter.

      Respectfully,

\s\ Ronald M. Terenzi
Ronald M. Terenzi, Esq.



cc:    Victoria Stennett
       Pro se Debtor