UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

VICTORIA STENNETT,                          CASE NO: 23-42675-ESS
                                                         CHAPTER 13
                      Debtor.
---------------------------------------------------------X
STATE OF NEW YORK )
                                SS:
COUNTY OF NASSAU )

       I, Wendy Cavanagh, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at Hauppauge, New York.

       On September 5, 2023, I served the within **Notice of Motion for Order Modifying and Terminating Automatic Stay with In Rem Relief, Application in Support with annexed Exhibits and proposed order** by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the persons set forth below at the last known address set forth after each name:

TO:

| | |
|---|---|
| Victoria Stennett<br>Pro se Chapter 13 Debtor<br>1454 Flatbush Avenue<br>Brooklyn, New York 11210 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>Alexander Hamilton Custom House<br>One Bowling Greet, Room 510<br>New York, New York 10004-1408 |
| Krista M. Preuss, Esq.<br>Chapter 13 Trustee<br>100 Jericho Quadrangle, Ste. 127<br>Jericho, New York 11753 | Michael J. Chatwin, Esq.<br>Robert W. Griswold, Esq.<br>Shari S. Barak, Esq.<br>LOGS Legal Group LLP<br>175 Mile Crossing Boulevard<br>Rochester, New York 14624 |

                                                          \s\ Wendy Cavanagh
                                                          Wendy Cavanagh

SWORN TO BEFORE ME THIS
5th day of September, 2023

\s\ Cara M. Goldstein
Notary Public

---

Cara M. Goldstein
Notary Public, State of New York
No. 02G04996119
Qualified in Nassau County
Commission Expires May 11, 2026